1  Name: _Tiffany Gouch_

2  Address: _535 Yanonali_

3  _Santa Barbara, CA 93103_

4  Phone: _347·850·4112_

5  Fax: _____

6  In Pro Per

7

8  **UNITED STATES DISTRICT COURT**

9  **CENTRAL DISTRICT OF CALIFORNIA**

10  _Tiffany Gouch_ | CASE NUMBER:

11  | **CV11-03539**

12  Plaintiff | To be supplied by the Clerk of

   | The United States District Court

13  v.

14  _Harpo Entertainment Group_ | **COMPLAINT**

15  _Oprah Winfrey_

16  Defendant(s).

17

18  _SEE ATTACHED STATEMENT: AA 1-3_

19

20

21

22

23

24

25

26

27

28

CV-126 (09/09) | **PLEADING PAGE FOR A COMPLAINT**

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Tiffany Gouch Statement**

**Strong ties- family**
Before I was even born, my family was connecting with leaders in the music industry. Michael Jackson's mentor James Brown was a personal friend of my paternal grandmother's. Her name was Hattie Mae Jones and is said to be a relative of super producer, Quincy Jones. She also was a leader in the Black Panther in Hartford, CT. Her husband, my grandfather, Walter Gouch Senior was a business owner. My father, Walter Gouch Jr. was in a group that was slated to be the next Jackson 5 for our small city, but that never occurred.

My uncle Frank, one of my maternal grandmother's youngest brothers and his wife Clarice were neighbors in Sacramento, CA with Ola Rae, the woman who would co-star in the groundbreaking video, Thriller, with Michael Jackson.

One of my paternal grandmother's other brothers dated Dionne Warwick while she attended The University of Hartford in Connecticut.

My maternal cousins, twins George and Georgette Alston, with whom I grew up have been singing all of their lives and one of them is a "ghostwriter" for major artists in the music industry. His longtime best friend Atif is a music producer, who is the half brother of Sean "Diddy" Combs.

I'm sure there are other connections of which I am not aware. In filing this lawsuit it is, in part, my hope to clarify my relationships with both Michael Jackson, Oprah Winfrey, and those they would make huge successes in the entertainment industry.

**Strong ties – personal**
I grew up listening to Motown music. Smokey Robinson, Marvin Gaye, Michael Jackson, The Jackson 5, Ashford and Simpson, Stevie Wonder, Lionel Richie, and Motown hit makers H-D-H were my favorites.

I began to study African dance at the age of 13 and theater at the age of 10. But my home life was violent to say the least. My dad, being the aggressor, made headline news after assaulting several women, one of which would land him in prison for quite a while. Gayle King, Oprah Winfrey's best friend would have known of and would have taken interest in such an extreme story. She was a news anchor in Hartford at that time and would have heard of the cases. I would later find that he also assaulted me when I was a toddler, creating the most violent relationships between he and my mother.

Although I had a difficult childhood, I always had a sense of being "looked after", in particular by my teachers who were my saving grace.  My teachers at school helped me take pride in my work and my accomplishments. School, music, and books were a solace for me. My teachers taught me Black History and they taught me well.

By the age of 15, I had suffered tremendously at the hands of those who were supposed to love and take care of me. Again I looked to school, reading, and writing as a way to find peace. Michael Jackson was my hero singing "You Are Not Alone" to me when I needed a friend.

Around this time I also admired Oprah. The Oprah Winfrey Show has till now still been my favorite show to watch when I have the chance. I got the opportunity to meet Ruby Dee and Danny Glover, while in High School. These leaders gave my often dark life, highlights.

In 1994, at about 20 years old, I needed something different, safer, so travelled to Boston for school and after a few years of working and schooling, there is where I met a person who would change my life forever. It was a curious meeting because we met online on the social networking website Blackplanet, never meeting in person. Soon after this online connection happened, we were chatting on the phone each night for hours.

I was searching the internet and found a social networking website called Black Planet. By that time I was comfortable dating women and went directly to the w4w site to chat and spend free time. I was also putting myself through school, volunteering, and studying dance. I had been the muse for many artists at that point.

I spent most of our 8 months of friendship trying to figure out who this woman was. She was open about her connections to the music and entertainment industry. She was careful not to reveal to me who she was, her name. She gave me information about her family history and schooling, her hopes and dreams and asked me a lot of questions. In

AA 1

all of that time she never told me her name. She would never meet me in person. We were close friends without being close physically and a real connection happened behind knowing this "secret friend". She taught me a lot about music and gave me some of the background stories in the personal lives of the stars.

It was this online friendship in September of 2000, which turned into a late-night phone friendship, which drew me inside the music industry. The first song I remember hearing was a suggestion that I had made in our conversation that Sean Combs had sampled all the best old school R&B but had never sampled my favorite song, Juicy by M'Tume. Later that year, shortly after our conversations discontinued, I had my first hint of who she was in the production of Biggie Smalls break out hit *Dream*, which sampled the song I grew up loving. In reading the credits of Jill Scott's first album I also saw that Jill was friends with Biggie Smalls, originally named Christopher Wallace.

**More intimate- industry insider phone friend**
The only thing I had to hold onto were calls each night to my private phone. I never knew how to contact her. And I didn't know what she looked like. She only told me, after I began to pressure her to meet, that she was "famous" and that was part of the reason why she needed this connection. However, the conversations were so intimate that I knew one day we'd meet. Therefore after 8 months of sharing, I finally decided that I couldn't keep going with the friendship and moved on to date a woman who was more available.

However, in retrospect I used what this woman taught me to pay better attention to music she had introduced me to. For instance, no one I knew had ever heard of Jill Scott and my "phone friend" let me know that she was an artist that I would like. Since then I've listened and purchased just about every album with the hopes of possibly finding my phone friend. What I found was that the lyrics of the songs were relating some of my conversations with the woman with whom I spoke each night. Particularly songs from Jill Scott's first album (*Who Is Jill Scott?:* Words and Sounds Volume 1) like "Long Walk", "It's Love", and "Honey Molasses". But also Alicia Key's song "Fallin'" made since to me... because I had been talking to someone intimately for nearly a year and I never knew her name. Hence the song, "You Don't Know My Name," released the same year. And Janet Jackson's album, *All For You*, also released in 2001, after my conversations with the phone friend I met on the internet.

In 2001, I had survived the new millennium and was ready to date again and met a woman who I thought would be the love of my life, the last woman I would date. I told her, an ex, and another friend about the curious person I met on the internet and moved on. I know that my friend was most likely Michael Jackson, with his voice disguised who would connect me and my work with Oprah Winfrey. (It wouldn't surprise me if those conversations had been recorded.) I've met so many friends of both of theirs and colleagues since moving to Los Angeles. I also know that someone wants me to meet someone really private and really important. I believe that Michael had been watching me grow and develop as an artist since I was young and he would know when I was ready to come into myself as a vibrant, game-changing member of this community.

I've been taunted and teased that this person was Oprah and that she is my lost girlfriend. I think, if anything, she fell in love with my work and who I am as a person. They both knew what it would take to be grand. They knew that I would have to come through fighting and beating the best in order to survive in this business. In order to thrive it would take everything out of me to be where I am today. And I am here!

**Writing as Catharsis**
Four years after meeting this secret friend, when my relationship with Niquya Corbin, ended I was truly devastated and thought that my life wasn't worth living. Thank goodness I was wrong! She was more available than the woman I connected with online but she wasn't for me.

In 2006 I needed something to keep me alive and looking forward to the next day so I began writing. This time I wrote because that was the only way I could communicate with a partner who had left and moved on with her life. The pieces were intimate stories, songs parts, and blogs that I posted online, on my myspace page. The juiciest stuff though was kept in my journals. I had 3 going at the time, which I guarded fairly closely so that I could have them close enough to write at a moments notice. Not because I believed anyone would want them.

I dared to dream big during this time. I was regaining my confidence with a motivation to show who I was as an artist and what I could accomplish... I knew would be HUGE! So when a friend on myspace recommended started posting auditions for major producers of reality shows and events with Lil' Wayne, Sean Combs, and many hip hop legends and pioneers I jumped right in and began auditioning my unregistered songs.

By the time I reached Los Angeles in 2007, I have several auditions under my belt, had travelled to several different states and had not received a call back from show producers, but was beginning to hear my songs on the radio. My journals had disappeared one by one on my first trip to Los Angeles and I was devastated.

AA  2

So I did what I knew best, I knew that I had to learn the *business* behind the music. And I applied and was accepted to the Musicians Institute in Hollywood. I was eager to learn about music publishing and copyright law. I left my beloved Boston behind and packed up everything I had and moved to Los Angeles with the intention of "making it happen."

What I found was a lot of....EVERYTHING in Los Angeles. I met and continue to meet lots of celebrities that have "made it" in Hollywood... Quincy Jones, Dionne Warwick, Natalie Cole. I've been to just about every show I could possibly make it to... But then there was also the competition and others seeing my star shine (i.e. others began to see me getting opportunities) which caused jealousy. I've been poisoned a few times. I've had my clothing and all my belongings stolen several times over. I still continue to write and attend events and concerts for free but it has taken a huge amount of effort and perseverance for me to make it this far. Not to mention faith in myself and in my God.

I've asked business leaders in the industry about my copyright problem (one of my journals was published by major industry artists making 12 multiplatinum hits and one hit album. (See resume attachment A 1.) But I have yet to find anyone who would walk me through this process and no attorneys will take my case without money to pay them. My competition has tried to convince me to move on and forget about the songs and write more and I have written nearly 500 songs. I've also attended 2 different schools while I have been forced to live on the street and survive any way I can. I never saw myself as someone who should take public assistance, but for the past year and a half it's been my only option in this job market. I have felt humiliated, but I kept auditioning and going to shows and networking. I kept writing and building my skills and going to workshops and joining organizations and telling my story online.

I now can see my story from much more honest perspective. I am probably one of the luckiest persons on the planet. I have people who's opinions matter who like my work and find value in it, who also want to help me become more of who I am. I am now there, bigger and better. I also know the law and now know my worth.

Amongst my mentors, friends, and fans are many very famous and their friends and colleagues. Both Oprah Winfrey and Michael Jackson have made a way for me to win this case and help me connect with a group of highly skilled artists, which I am now a part of.

In settling this case I am hoping to find clarity on exactly who my phone friend was? That being said, "Erica Lewis", who I met on myspace will be essential to connecting the dots to the artists who chose to publish my work. She gave me access to the celebrities who would publish my work. We were friends online and one of the email exchanges we had was used in Jill Scott's last album. On the ground access to my journal came when I left my journal at a friend's house. That friend was comedian Sandra Valls, who is a producer and comedian with connections to Eva Longoria, Jill Scott, and many other stars, who have made a way for my music to popular.

Members of the Jackson family, particularly Katherine Jackson, Michael Jackson's mother will help bring this case to a resolution. No person, except someone high in rank, with enough clout and position could have possibly convinced all of these great artists to use my lyrics to help make me a star. I want to meet every one of them. Some of them I have already had the opportunity to meet.

But in the end the business and the law are clear: as co-author of these songs I am entitled to reap the benefits of my work (copyright statue 17). And in fact I have the right of first use on my side. These being the huge hits that they have become I am grateful and look forward to negotiating a fair and equitable settlement for my work. The lyrics used in these hits songs were direct copies from my journal that was found in Sandra's home. (See the attached lyrics and proof of similarity in submission B pgs 1-25). I am also asking for a full accounting of the publishing monies made by both the labels and the artists who published and distributed my work.

Also in the event that this copyright case is connected to the wrongful death case of the late entertainer Michael Jackson, I would be more than willing to be a witness of his desire to pass on a legacy and move to another life, while sharing with me the possibility of creating a new life of my own with friends, money, and connections that he had already made for me.

One additional this is that there is SO much more my friend and I spoke about dealing with sex and sexuality, dating and relationships and intimacy. And one thing that I remember her asking me was if I ever had been in a relationship where someone took something of yours after you broke up...and kept it so that you could come back to get... What I want to say to Oprah, whether she is acting for herself or one of the Jackson's is that "I am here".

**FOUND**

**Tiffany Gouch statement**

4·25·11

**Tiffany Gouch**
**TCG Unlimited/Sweet Sweet Records/molasses jones™**
PO BOX 4248  Santa Barbara, CA 93140  (347) 850-4112  molassesjones11@gmail.com

## PROFESSIONAL OBJECTIVE

To secure financial and business partnerships for a competitive, emerging multi-media lifestyle and entertainment brand.

## SKILLS AND ABILITIES

- Intoxicating, honest hook/songwriter
- Strong public relation skills
- Adapts quickly to environment

- Excellent Communication Skills
- Fair negotiation skills
- Superior creative skills

## ACCOMPLISHMENTS

Co-writer of:

| | | |
|---|---|---|
| "No One" - Alicia Keys | "Take A Bow"-Rihanna | "No Air"- Chris Brown |
| "Single Ladies"-Beyonce | "If I Were a Boy"- Beyonce | "Womanizer"- BritneySpears |
| "Mrs. Officer"- Lil Wayne | "Whatever You Like" - T.I. | "I Kissed a Girl"- Katy Perry |
| "Hot N' Cold"- Katy Pery | "Just Like Me"- Jamie Foxx | "Touch My Body"- Mariah Carey |

*The Real Thing: Words and Sounds Vol. 3*- Jill Scott

## EDUCATION

| | |
|---|---|
| **The Musicians Institute** | **Hollywood, CA** |
| Music Business Certificate | 2009 (*in progress*) |
| **University of Massachusetts Boston** | **Boston, MA** |
| BA Psychology and Spanish | 2007 |

## WORK EXPERIENCE

*tcg unlimited/Sweet Sweet Records* — **Los Angeles, CA**
01/2007 to Present — **Owner/Creative controller**
A brand that illustrates creator's talents which include, songwriting through a record label and publishing company and various web, television, and film projects.  Currently houses five hundred songs and includes several chart topping hits (see accomplishments). Is a BMI writer and member of The Recording Academy.

*ASCAP EXPO* — **Hollywood, CA**
2010 — **Grammy U volunteer**
Organized and assisted with various aspects of production for premiere annual music event.

*The Recording Academy* — **Beverly Hills, CA**
Grammys 2009 — **Runner, Grammy U volunteer**
Organized and supervised communication amongst and between music categories during preparation for premiere annual music event. Networked with various high-stakes players within the music industry.

*Summit Songs* — **Beverly Hills, CA**
06/2009 to 09/2009 — **Assistant Music Publisher**
Organized and created business letters for film and television music supervisors for song placement. Attended music publisher conferences.  Coordinated activities for song placement in television and films.

---

**Bio: is fluent in Spanish and English and has studied and performed folkloric dances of West Africa, Brazil, Cuba, Haiti, and Latin America internationally. Has a strong online presence. Newer works can be viewed at www.youtube.com/molassesjones11. Can be added to your network at www.facebook.com/molassesjones**

References Available Upon Request

A1

**No Air lyrics written by Tiffany Gouch**
**How can I breathe with no air?**
**No air**
**No air**

**No Air performed by Jordin Sparks and Chris Brown**
**Songwriters: Griggs, E; Fauntleroy J Iii; Mason, H; Thomas, D**
Tell me **how I'm supposed to breathe with no air?**

If I should die before I wake
It's 'cause you took my breath away
Losing you is like living in a world with no air, oh

I'm here alone, didn't wanna leave
My heart won't move, it's incomplete
If there was a way that I could make you understand

But how do you expect me
To live alone with just me?
'Cause my world revolves around you
It's so hard for me to breathe

**Tell me how I'm supposed to breathe with no air?**
Can't live, can't breathe with no air
It's how I feel whenever you ain't there
There's **no air, no air**

Got me out here in the water so deep
Tell me how you gon' be without me?
If you ain't **here I just can't breathe**
**There's no air, no air**

**No air, air**
**No air, air**
**No air, air**
**No air, air**

I walk, I ran, I jump, I flew
Right off the ground to float to you
With no gravity to hold me down for real

But somehow I'm still alive inside
You took my breath but I survived
I don't how but I don't even care

So how do you expect me
To live alone with just me?
'Cause my world revolves around you
[ From: http://www.elyrics.net/read/j/jordin-sparks-lyrics/no-air-lyrics.html ]
It's so hard for me to breathe

**Tell me how I'm supposed to breathe with no air?**
Can't live, can't breathe with no air
It's how I feel whenever you ain't there
There's **no air, no air**

Got me out here in the water so deep
Tell me how you gon' be without me?
If you ain't **here I just can't breathe**
**There's no air, no air**

**No air, air**
**No air, air**
**No air, air**
**No air, air**

No more
Baby
There's no air, **no air**
**No air, oh!**

Tell me how I'm supposed to breathe with no air?
**Can't live, can't breathe with no air**
It's how I feel whenever you ain't there
There's **no air, no air**

Got me out here in the water so deep
Tell me how you gon' be without me?
If you ain't here I just can't breathe
There's **no air, no air**

**(No air)**
**(No air)**
**(No air)**
**(No air)**

**Tell me how I'm supposed to breathe with no air?**
Can't live, can't breathe with no air
It's how I feel whenever you ain't there
There's **no air, no air**

Got me out here in the water so deep
Tell me how you gon' be without me?
If you ain't here I just can't breathe
There's **no air, no air**

No air, air
No air, air
No air, air
No air

β 1

**Just like me Lyrics written by Tiffany Gouch:**

**When I grow up I wanna be just like me**
**Just like me**
**Play ball like me**
**stand tall like me**
Just like me
Just like meeeee

**Just like meJust Like Me lyrics**
By Jamie Foxx FEAT T.I.)
Intro: T.I.]
Say Foxx? (Yeah... eah... eah...)
I had-I had a chick man–
(Yeah... eah... eah...)
She went and did me real
wrong, I mean (Yeah... eah... eah...)
I did the same thing to her but-
She ain´t have no right to do
me like that though dawg, for
real (Yeah... eah... eah...)
[Verse 1: Jamie Foxx]
You, been seeing him, and I know
And I was with her, and you knew
about it
But I was too bli-l-ind to see it baby
And you was out here doing
the same thing as me
I wanna ask, has he been by the crib?
Has he been in our, car?
And did you let him, drive?
Cause she's been by the house
She's been in the car
I´ve even let her push the
Porsche around a couple times
Ohh, we were so the same
I don´t know why I can´t see it baby
And it ain´t a point to feeling blue
you´re just like me and I´m just like
you
[Chorus: Jamie Foxx]
you´re **just like me**
Shorty all up in the club
Popping bottles of that Bud
Giving all them dudes hugs
And you just like me
She don´t know how to act
On the floor back in the back
Man I can´t be mad dapslyrics
She just like me-e-ee-e-e
She **just like me-e-ee-e-e**
She **just like me-e-ee-e-e**
She just like me...
[Verse 2: Jamie Foxx]
Now it ain´t so easy for me
to be imagining what you been doing
baby
So I don´t even have to ask (No)
Cause you ain´t the only one
that keeping secrets baby
So really, no sense in me playing
"bye"
And I, can´t stay up though
Cause I did you wrong
And I was on some kush
When I let that *** up in our home
She's out from us just like me
And she played the game
like one of my homies
Ohh, we were so the same
I don´t know why I can see you baby
And it ain´t a point to feeling blue
you´re just like me and I´m just like
you
[Chorus: Jamie Foxx]
you´re **just like me**
Shorty all up in the club

Popping bottles of that Bud
Giving all them dudes hugs
And you just like me
She don´t know how to act
On the floor back in the back
Man I can´t be mad
She **just like me-e-ee-e-e**
(Getting money, having fun, man she)
**Just like me-e-ee-e-e** (In the club,
throwing ones, man she)
**Just like me-e-ee-e-e** (24's on the
Range)
**Just like me...** (Go on shawty do your
thang)
[Bridge: T.I.] Hey!
Shawty who you fooling?
You know I´m way too cool for you
To run that game when we play me
Trying to do me like I be doing you
Say you heard I was screwing her
Just like I hear he doing you
Why you worry about me doing me
I see you doing you
I can make her better though
You gon let him ruin you
Just for the record
Know, I wouldn´t have her
unless I could have the two of you
I know why he pursuing you
That booty do be moving boo
Late night, straight pipe
That ain´t nothing new to you
Wait a minute
can´t tell me
Wanna tell me
Something tell me this
If I woulda never woulda hit that chick
Would you even ever know that dude
existed? Naw.
Got me twisted
Yo ass goodbye I´ve kissed it
Now you all on his ***
Shawty look at this ***
[Chorus: Jamie Foxx]
**Just like me**
Shorty all up in the club
Popping bottles of that Bud
Giving all them dudes hugs
And you just like me (You know
I was wrong shawty)
She don´t know how to act
On the floor back in the back
Man I can´t be mad
She **just like me-e-ee-e-e**
(You dealing with a man with
an ego, you know?)
She **just like me-e-ee-e-e**
She **just like me-e-ee-e-e**
She **just like me...**

Touch My Body lyrics written by
Mariah Carey "Touch My Body"
Songwriters: Carey, Mariah; Johnson,
Christopher; Nash, Terius; Stewart,
MC, in the place to be
I know that you been waitin´ for it, I'm
waitin too
In my imagination I be all up on you
I know you got that fever for me
hundred and two
And boy I know I feel the same my
temperature's through the roof

If it's a camera up in here
Then it's gonna leave with me when I
go
If it's a camera up in here
Then I best not catch this flick on
YouTube, YouTube
'Cause if you run your mouth and brag
about this secret rendezvous
I will hunt you down
'Cause they be all up in my business
like a Wendy's drive thru
But this is private, between you and I
**Touch my body**, put me on the floor
Wrestle me around, play with me
some more
**Touch my body**, throw me on the bed
I just wanna make you feel like you
never did
**Touch my body**, let me wrap my
thighs
All around your waist, just a little taste
Touch my body, know you love my
Curves
Come and give me what I deserve
and **touch my body**
Boy you can put me on you like a
tattoo
And make your body tighter than a pair
of new shoes
Want you to caress me like a tropical
breeze
And float away with you in a
Caribbean sea

If it's a camera up in here
Then it's gonna leave with me when I
go, I go
If it's a camera up in here
Then I best not catch this flick on
YouTube, YouTube
'Cause if you run your mouth and brag
about this secret rendezvous
I will hunt you down
'Cause they be all up in my business
like a Wendy's drive thru
But this is private, between you and I
**Touch my body**, put me on the floor
Wrestle me around, play with me
some more
**Touch my body**, throw me on the bed
I just wanna make you feel like you
never did

Touch my body, let me wrap my thighs
All around your waist, just a little taste
Touch my body, know you love my
**body**
Come and give me what I deserve
I'ma treat you like a teddy bear, you
won't want no luxury, laying intertwined
with me
You won't want for nothing boy
I will give you plenty of joy
**Touch my body**, put me on the floor
Wrestle me around, play with me
some more
**Touch my body**, throw me on the bed
I just wanna make you feel like you
never did
**Touch my body**, let me wrap my
thighs
All around your waist, just a little taste
Touch my body, know you love my
Curves
Come and give me what I deserve
and **touch my body**
**Touch my body**
**Touch my body**
**Touch my body**

ß 2

Touch my Body lyrics written by Tiffany Gouch
**I want you to touch my body**

**Mariah Carey: Touch My Body Lyrics**
Songwriters: Carey, Mariah; Johnson, Crystal; Nash,
Terius; Stewart, Christopher;
MC, in the place to be

I know that you been waitin' for it, I'm waitin' too
In my imagination I be all up on you
I know you got that fever for me hundred and two
And boy I know I feel the same my temperature's
through the roof

If it's a camera up in here
Then it's gonna leave with me when I do, I do
If it's a camera up in here
Then I best not catch this flick on YouTube, YouTube

'Cause if you run your mouth and brag about this
secret rendezvous
I will hunt you down
'Cause they be all up in my business like a Wendy
interview
But this is private, between you and I

**Touch my body,** put me on the floor
Wrestle me around, play with me some more
**Touch my body,** throw me on the bed
I just wanna make you feel like you never did

**Touch my body,** let me wrap my thighs
All around your waist, just a little taste
**Touch my body,** know you like my curves
C'mon and give me what I deserve and **touch my body**

Boy you can put me on you like a brand new white tee
I'll hug your body tighter than a pair of your jeans
I want you to caress me like a tropical breeze
And float away with you in a Caribbean sea

If it's a camera up in here
Then it's gonna leave with me when I do, I do

If it's a camera up in here
Then I best not catch this flick on YouTube, YouTube

'Cause if you run your mouth and brag about this secret
rendezvous
I will hunt you down
'Cause they be all up in my business like a Wendy
interview
But this is private, between you and I

**Touch my body,** put me on the floor
Wrestle me around, play with me some more
**Touch my body,** throw me on the bed
I just wanna make you feel like you never did

Touch my body, let me wrap my thighs
All around your waist, just a little taste
**Touch my body,** know you like my curves
C'mon and give me what I deserve and **touch my body**

I'ma treat you like a teddy bear, you won't wanna go
nowhere
In the lap of luxury, laying intertwined with me
You won't want for nothing boy
I will give you plenty of joy

**Touch my body,** put me on the floor
Wrestle me around, play with me some more
**Touch my body,** throw me on the bed
I just wanna make you feel like you never did

**Touch my body,** let me wrap my thighs
All around your waist, just a little taste
**Touch my body,** know you like my curves
C'mon and give me what I deserve and **touch my body**

**Touch my body**
**Touch my body**
**Touch my body**
**Touch my body**
**Touch my body**

*B* 3

**Take a Bow lyrics written by Tiffany Gouch:**

How bout a round of applause?
A standing ovation?

You look so dumb right now
Standing outside my house
Trying to apologize
You look so ugly when you cry
Please! just cut it out.

Don't tell me that you're sorry 'cause you're not
when  you're probably only sorry you got caught

But you put on quite a show, really had me going
That was quite a show, very entertaining
But it's over now
Go on and take a bow

**Take A Bow lyrics**
Songwriters: Eriksen, Mikkel Storleer; Hermansen, Tor; Smith, Shaffer;

Oh, how about a round of applause?
Yeah, standing ovation? Ooh, oh yeah
Yeah y-yeah yeah

You look so dumb right now
Standing outside my house
Trying to apologize
You?re so ugly when you cry
Please, just cut it out

Don?t tell me you?re sorry 'cause you?re not
And baby when I know you?re only sorry you got caught

But you put on quite a show, really had me going
But now it?s time to go, curtain?s finally closing
That was quite a show, very entertaining

But it?s over now
(But it?s over now)
Go on and take a bow

Grab your clothes and get gone
You better hurry up before the sprinklers come on
Talking? 'bout, ?Girl, I love you," "You?re the one"
This just looks like a rerun
Please, what else is on?

Don?t tell me you?re sorry 'cause you?re not
And baby when I know you?re only sorry you got caught

But you put on quite a show, really had me going
But now it?s time to go, curtain?s finally closing
That was quite a show, very entertaining
But it?s over now
(But it?s over now)
Go on and take a bow

Oh, and the award for the best liar goes to you
(Goes to you)
For making me believe that you could be faithful to me
Let's hear your speech out

How about a round of applause?
A standing ovation?

But you put on quite a show, really had me going
Now it?s time to go, curtain?s finally closing
That was quite a show, very entertaining
But it?s over now
(But it?s over now)
Go on and take a bow
But it's over now

© EMI APRIL MUSIC INC.;

**No One Lyrics written by Tiffany Gouch:**
No One
No One
No One
Can get in the way of what I feel for you

## No One lyrics
**Songwriters: Augello-Cook, Alicia J; Harry, George; Brothers, Jr., Kerry;**
I just want you close
Where you can stay forever
You can be sure
That it will only get better
You and me together
Through the days and nights
I don't worry 'cause
Everything is gonna be alright

People keep talking
They can say what they like
But all I know is everything is gonna be alright

**No one, no one, no one**
**Can get in the way of what I'm feeling**
**No one, no one, no one**
**Can get in the way of what I feel for you,**
**You, you**
**Can get in the way of what I feel for you**

When the rain is pouring down
And my heart is hurting
You will always be around
This I know for certain

You and me together
Through the days and nights
I don't worry cause
Everything is gonna be alright

People keep talking
They can say what they like
But all I know is everything is gonna be alright

**No one, no one, no one**
**Can get in the way of what I'm feeling**
**No one, no one, no one**
**Can get in the way of what I feel for you,**
**You, you**
**Can get in the way of what I feel**

I know some people search the world
To find something like what we have
I know people will try
Try to divide
Something so real
So till the end of time
I'm telling you there is no one

**No one, no one**
**Can get in the way of what I'm feeling**
**No one, no one, no one**
**Can get in the way of what I feel for you**
Oh oh oh oh...
Oh oh oh oh...
Oh oh oh oh...
Oh oh oh oh...
Oh oh oh oh...
Oh oh oh oh...

$B$ 5

**Womanizer lyrics written by Tiffany Gouch:**

womanizer womanizer baby you're a womanizer

**Britney Spears: Womanizer LyricsSongwriters: Akinyemi, Raphael; Briscoe, Nikesha;**

Superstar, where you from, how's it going?
I know you, gotta clue whatcha doing
You can play brand new to all the other chicks out here
But I know what you are, what you are, baby

Look at you, getting more than just a re-up
Baby you, got all the puppets with their strings up
Faking like a good one, but I call 'em like I see 'em
I know what you are, what you are, baby

**Womanizer, woman-womanizer, you're a womanizer,**
**Oh womanizer, oh you're a womanizer, baby**
**You you you are, you you you are**
**Womanizer, womanizer, womanizer (womanizer)**

Boy don't try to front
I (I) know just (just) what you are-are-are
Boy don't try to front
I (I) know just (just) what you are-are-are

(You) You got me going
(You) You're oh so charming
(You) But I can't do it
(You) You womanizer

Boy don't try to front
I (I) know just (just) what you are-are-are
Boy don't try to front
I (I) know just (just) what you are-are-are

(You) You say I'm crazy
(You) I got your crazy
(You) You're nothing but a
(You) Womanizer

Daddy-o, you've got the swagger of a champion
Too bad for you, you just can't find the right companion
I guess when you have one too many, makes it hard, it could be easy
Who you are, that's just who you are, baby

Lollipop, you must mistake you're a sucker
To think that I, would be a victim, not another
Say it, play how you want it
But no way I'm never gonna fall for you, never you, baby

**Womanizer, woman-womanizer, you're a womanizer,**
**Oh womanizer, oh you're a womanizer, baby**
**You you you are, you you you are**

**Womanizer, womanizer, womanizer (womanizer)**

Boy don't try to front
I (I) know just (just) what you are-are-are
Boy don't try to front
I (I) know just (just) what you are-are-are

(You) You got me going
(You) You're oh so charming
(You) But I can't do it
(You) You womanizer

Boy don't try to front
I (I) know just (just) what you are-are-are
Boy don't try to front
I (I) know just (just) what you are-are-are

(You) You say I'm crazy
(You) I got your crazy
(You) You're nothing but a
(You) Womanizer

Maybe if we both lived in a different world (womanizer, womanizer, womanizer, womanizer)
Yeah
It would be all good and maybe I could be your girl
But I can't 'cause we don't, you

**Womanizer, woman-womanizer, you're a womanizer,**
**Oh womanizer, oh you're a womanizer, baby**
**You you you are, you you you are**
**Womanizer, womanizer, womanizer (womanizer)**

Boy don't try to front
I (I) know just (just) what you are-are-are
Boy don't try to front
I (I) know just (just) what you are-are-are

(You) You got me going
(You) You're oh so charming
(You) But I can't do it
(You) You womanizer

Boy don't try to front
I (I) know just (just) what you are-are-are
Boy don't try to front
I (I) know just (just) what you are-are-are

(You) You say I'm crazy
(You) I got your crazy
(You) You're nothing but a
(You) Womanizer

Boy don't try to front
I (I) know just (just) what you are-are-are
Boy don't try to front
I (I) know just (just) what you are-are-are

**Womanizer, woman-womanizer, you're a womanizer,**
**Oh womanizer, oh you're a womanizer, baby**

*B* 6

**Whatever you like lyrics by Tiffany Gouch**
Late night sex, so wet and so tight
I'll gas up the jet for you tonight and baby you can go wherever you like
I said you can go wherever you like

I want your body. I need your body.
As long as you got me you won't need nobody
You want it, I got it. Go get it, I'll buy it
Tell them other broke niggas be quiet


**Whatever You Like Lyrics**
Artist(Band):**T.I.**

You know them old sugar daddies
They be tricking they tell them girls
**I said you can have whatever you like**
**I said you can have whatever you like**
Yeah

[Chorus:]
Stacks on deck. Patron on ice.
We can pop bottles all night
Baby you can have whatever you like
I said you can have whatever you like.
Yeah
**Late night sex, so wet and so tight**
**I'll gas up the jet for you tonight and baby you**
**can go wherever you like**
**I said you can go wherever you like**
Yeah

Anytime you want to pick up the telephone you
know that it ain't nothing to drop a couple stacks on
you
If you want it you can get it my dear
5 millions dollars homes drop the business I swear.
Yeah

**I want your body. I need your body.**
**As long as you got me you won't need nobody**
**You want it, I got it. Go get it, I'll buy it**
**Tell them other broke niggas be quiet**

[Chorus]

Shawty you the hottest. Love the way you drop it.
Brain so good could've sworn you went to college.
100k deposit. Vacations in the tropics
And everybody know it ain't tricking if you got it
You ain't never ever gotta go in your wallet.
Long as I got rubberband banks in my pocket.
5 6 rides wit rims and a body kit.
You ain't gotta downgrade you can get what I get
My chick can have what she want.
And go in any store for any bag she wants.
She ain't never had a man like that.
To buy you anything your heart desire like that.

**I want your body, I need your body.**
**Long as you got me, you won't need nobody.**
**You want it, I got it. Go get it, I'll buy it.**

**Tell them other broke niggas be quiet.**

[Chorus]

Talking big boy rides & big boy ice
Let me put this big boy in your life.
That thing get so wet & get so right
Let me put this big boy in your life. that's right.

**I want your body, I need your body.**
**Long as you got me, you won't need nobody.**
**You want it, I got it. Go get it, I'll buy it.**
**Tell them other broke niggas be quiet.**

[Chorus]

*B* 7

**"If I was a boy" Lyrics written by Tiffany Gouch:**
**If I was a boy (note write a song like the Ciara song)**

**If I Were A Boy lyrics**
**Songwriters:** Carlson, Britney; Gad, Toby; Knowles, Beyonce;

**If I were a boy** even just for a day
I'd roll out of bed in the morning
And throw on what I wanted
And go drink beer with the guys

And chase after girls
I'd kick it with who I wanted
And I'd never get confronted for it
'Cause they stick up for me

**If I were a boy**
I think I could understand
How it feels to love a girl
I swear I'd be a better man

I'd listen to her
'Cause I know how it hurts
When you lose the one you wanted
'Cause he's taking you for granted
And everything you had got destroyed

**If I were a boy**
I would turn off my phone
Tell everyone it's broken
So they'd think that I was sleeping alone

I'd put myself first
And make the rules as I go
'Cause I know that she'd be faithful
Waiting for me to come home, to come home

**If I were a boy**
I think I could understand
How it feels to love a girl
I swear I'd be a better man

I'd listen to her

'Cause I know how it hurts
When you lose the one you wanted
'Cause he's taking you for granted
And everything you had got destroyed

It's a little too late for you to come back
Say it's just a mistake
Think I'd forgive you like that
If you thought I would wait for you
You thought wrong

But you're just a boy
You don't understand
And you don't understand, oh
How it feels to love a girl
Someday you wish you were a better man

You don't listen to her
You don't care how it hurts
Until you lose the one you wanted
'Cause you're taking her for granted
And everything you had got destroyed
But you're just a boy

© B-DAY PUBLISHING; **EMI APRIL MUSIC INC.;**

$\mathcal{B}$ 8

**"Hot N Cold" Lyrics by Tiffany Gouch:**
**Your hot then your cold**
**You say yes when I say no**
**You're in then you're out**
**You're up and you're down**


Hot N Cold lyrics
**Songwriters:** Gottwald, Lukasz; Martin, Max; Perry, Katy;


You change your mind like a girl changes clothes
Yeah, you change your mind like a girl I would know
And you always think, always speak cryptically
I should know that you're no good for me

'Cause y**ou're hot and you're cold**
**You're yes and you're no**
**You're in and you're out**
**You're up and you're down**

You're wrong when it's right
You're black and it's white
We fight, we break up
We hug, we make up

You, you don't really wanna stay, no
But you, you don't really wanna go, oh

'Cause **you're hot and you're cold**
**You're yes then you're no**
**You're in and you're out**
**You're up and you're down**

We used to be just like twins, so in sync
The same energy now's a dead battery
Used to laugh 'bout nothing, now you're plain boring
I should know that you're not gonna change

'Cause **you're hot and you're cold**
**You're yes and you're no**
**You're in and you're out**

You're up and you're down

You're wrong when it's right
You're black and it's white
We fight, we break up
We hug, we make up

You, you don't really wanna stay, no
But you, you don't really wanna go, oh

**You're hot and you're cold**
**You're yes and you're no**
**You're in and you're out**
**You're up and you're down**

Someone call the doctor
Got a case of a love disorder
Stuck on a roller coaster
Can't get off this ride

You change your mind like a girl changes clothes

'Cause **you're hot and you're cold**
**You're yes and you're no**
**You're in and you're out**
**You're up and you're down**

You're wrong when it's right
You're black and it's white
We fight, we break up
We hug, we make up

You, you don't really wanna stay, no
But you, you don't really wanna go, oh

**You're hot and you're cold**
**You're yes and you're no**
**You're in and you're out**
**You're up and you're down**


© KASZ MONEY PUBLISHING; MARATONE AB; WHEN I'M RICH YOU'LL BE MY BITCH;

B 9

**Single Ladies lyrics written by Tiffany Gouch:**
**All the single ladies put ya hands Up.**
**If you liked then you shoulda put a ring on it! (To Admiral)**


**Single Ladies Songwriters: Harrell, Thaddis Laphonia; Knowles, Beyonce; Nash, Terius; Stewart, Christopher**
**All the single ladies (x4)**
**Now put your hands up**


Up in the club (club) Just broke up(up)
I'm doin' my own little thing
You decided to dip (dip)and now you wanna trip (trip)
Cause another brother noticed me
I'm up on him(him) he up on me (me)
Don't pay him any attention
Just cried my tears(tears)for 3 good years(years)
You can't be mad at me


Cause **if you like it**
**Then you shoulda put a ring on it**
**If you like it then**
**You shoulda put a ring on it**
Don't be mad once you see that he want it
Cause **if you like it**
**Then you shoulda put a ring on it**


Whoa-oa-oa!
Oh oh oh oh oh-oh
Oh oh oh
Whoa-oa-oa!
Oh oh oh oh oh-oh
Oh oh oh


**If you like it**
**Then you shoulda put a ring on it**
**If you like it then**
**You shoulda put a ring on it**
Don't be mad once you see that he want it
**If you like it**
**Then you shoulda put a ring on it**


I got gloss on my lips(lips)
A man on my hips(hips)
Hold me tighter than my Derion jeans
Actin up(up) drink in my cup(cup)
I can care less what you think
I need no permission, did I mention
Don't pay him any attention
Cause you had your turn(turn)
And now you gonna learn
What it really feels like to miss me


Cause **if you like it**
**Then you shoulda put a ring on it**
**If you like it then**
**You shoulda put a ring on it**
Don't be mad once you see that he want it
Cause **if you like it**
**Then you shoulda put a ring on it**


Whoa-oa-oa!
Oh oh oh oh oh-oh


Oh oh oh
Whoa-oa-oa!
Oh oh oh oh oh-oh
Oh oh oh


**If you like it**
**Then you shoulda put a ring on it**
**If you like it then**
**You shoulda put a ring on it**
Don't be mad once you see that he want it
**If you like it**
**Then you shoulda put a ring on it**


Whoa-oa-oa!
Oh oh oh oh oh-oh
Oh oh oh
Whoa-oa-oa!
Oh oh oh oh oh-oh
Oh oh oh


Don't treat me to these things of the world
I'm not that kind of girl
Your love is what I preffer, what I deserve
Here's a man that makes me then takes me
And delivers me to a destiny
To infinity and beyond
Pull me into your arms
Say I'm the one you want
If you don't you'll be alone
And like a ghost I'll be gone


**All the single ladies (x's 7)**
**Now put your hands up**
Whoa-oa-oa!
Oh oh oh oh oh-oh
Oh oh -err
Whoa-oa-oa!
Oh oh oh oh oh-oh
Oh oh oh
Whoa-oa-oa!


Cause **if you like it**
**Then you shoulda put a ring on it**
**If you like it then**
**You shoulda put a ring on it**
Don't be mad once you see that he want it
**If you like it**
**Then you shoulda put a ring on it**


Whoa-oa-oa!
**If you like it**
**Then you shoulda put a ring on it**
**If you like it then**
**You shoulda put a ring on it**
Don't be mad once you see that he want it
**If you like it**
**Then you shoulda put a ring on it**
WHoa-oa-oa!


$B$ 10

**"Wee ooh Wee ooh Wee"**
**Lyrics by Tiffany Gouch:**
**Wee ooh wee ooh weee. I'll**
**make that bootie body sang**


**"Mrs. Officer"** (feat. Bobby
Valentino)
Song writer/composer(s):
Dwayne Carter, Harrison, Robert
Wilson


Hey...
Hey... Yeah
Hey... Yeah
Hey, Hey, Hey
(Valentino) Woo, Woo, Wooo...
(Yeah, Yeah)... Yea, Yea, Yeah
(Yeah, Yeah) Woo, Woo, Wooo...
(Yeah)... Yea, Yea, Yeah
(Yeah) Woo, Woo, Wooo... Yea,
Yea, Yeah
(Yeah) Woo, Woo, Wooo (Yeah)
Wooo... Bobby Valentino


[Chorus: Bobby Valentino]
When I get up all in ya (Yeah)
We can hear the angels calling
us (Chea)
We can see the sunrise before us
(Yeah)
And when I'm in that thang, I'll
make that body sang
(She know what I mean) I make it
say...
**Wee Ooh Wee Ooh Wee** (Wee),
**Wee Ooh Wee Ooh Wee** (Wee),
**Wee Ooh Wee Ooh Wee,**
(Like a cop car)
**Wee Ooh Wee Ooh Wee,**
**Wee Ooh Wee Ooh Wee** (Hey),
**Wee Ooh Wee Ooh Wee**
(Hahaha)...
I'll make ya say...


[Lil Wayne:]
(Yeah)... Doing a buck in the
latest drop
I got stopped by a lady cop
Ha Ha... she got me thinking I
can date a cop
Ha Ha... cause her uniform pants
are so tight
She read me my rights
She put me in the car, she cut off
all the lights
She said I had the right to remain
silent
Now I got her hollering sounding
like a siren
Talkin' bout...
**Wee Ooh Wee Ooh Wee** (Yea),
**Wee Ooh Wee Ooh Wee** (Yea),
**Wee Ooh Wee Ooh Wee** (Yea),
And I know she the law, and she
know I'm the boss
And she know I get high!! a-bove

the law
And she know I'm raw, she know
it from the street
And all she want me to do is fuck
the police
Talkin' about...
**Wee Ooh Wee Ooh Wee,**
**Wee Ooh Wee Ooh Wee** (Yea),
**Wee Ooh Wee Ooh Wee...**
(Yea),


[Chorus: Bobby Valentino]
When I get up all in ya
We can hear the angels calling
us (Yeah)
We can see the sunrise before us
(Umm)
And when I'm in that thang, I'll
make that body sang
I make it say...
**Wee Ooh Wee Ooh Wee,**
**Wee Ooh Wee Ooh Wee** (Yeah),
**Wee Ooh Wee Ooh Wee,**
(Like a cop car)
**Wee Ooh Wee Ooh Wee,**
**Wee Ooh Wee Ooh Wee** (Yeah),
**Wee Ooh Wee Ooh Wee** (Hey)...
I'll make ya say...


[Lil Wayne:]
Ha Ha... And after we got done
I said lady what's ya number she
said 911
Haaa... emergency only
Head doctor perform surgery on
me
Yeah... and now I'm healed
I make her wear nothing but
handcuffs & heels
And I beat it like a cop
Rodney King baby yeah I beat it
like a cop
Ha Haaa... beat it like a cop
Rodney King baby said beat it
like a cop
But I ain't tryna be violent
But I'll do the time but her love is
timeless
... Mrs. Officer...
I know you wish ya name was
Mrs. Carter huh?
**Wee Ooh Wee Ooh Wee,**
**Wee Ooh Wee Ooh Wee** (Yeah),
**Wee Ooh Wee Ooh Wee,** Like a
cop car...


[Chorus: Bobby Valentino]
When I get up all in ya
We can hear the angels calling
us
We can see the sunrise before us
And when I'm in that thang, I'll
**make that body sang**
I make it say...
**Wee Ooh Wee Ooh Wee,**
**Wee Ooh Wee Ooh Wee,**
**Wee Ooh Wee Ooh Wee,**

Wee Ooh Wee Ooh Wee,
Wee Ooh Wee Ooh Wee,
Wee Ooh Wee Ooh Wee...
I'll make ya say...


[Kid Kid:]
Mrs. Officer, Mrs. Officer
Tell your lieutenant get them
cuffs off of ya
I'm kid kid... my face on every
wanted poster
I'm wanted by every lady cop all
over
That ass so big I catch a battery
to hold ya
My hands so big you thought I
told ya to pull it over
She pulled me over... pulled me
out the rover
Then she pulled me closer...
threw me in the back of the car
Put me in handcuffs start ripping
my pants off
(all you heard on the dispatcher
is...)
**Wee Ooh Wee Ooh Wee,**
**Wee Ooh Wee Ooh Wee,**
**Wee Ooh Wee Ooh Wee,**


[Chorus: Bobby Valentino]
When I get up all in ya
We can hear the angels calling
us
We can see the sunrise before us
And when I'm in that thang, I'll
**make that body sang**
I make it say...


[Bobby Valentino:]
Maybe you can lock me up and
throw away the key,
Call your sergeant and tell him
you can't finish your shift...
Cause it's on... tonight...
Breakfast in bed turns to
breakfast & head,
And I can't wait to get it on...
Wanna do it all night long... Mrs.
Officer


[Chorus: Bobby Valentino]
When I get up all in ya
We can hear the angels calling
us
We can see the sunrise before us
And when I'm in that thang, I'll
make that body sang
I make it say...
**Wee Ooh Wee Ooh Wee,**
**Wee Ooh Wee Ooh Wee,**
**Wee Ooh Wee Ooh Wee,**
...
**Wee Ooh Wee Ooh Wee,**
**Wee Ooh Wee Ooh Wee,**
**Wee Ooh Wee Ooh Wee...**
I'll make you say...

B 11

"I Kissed A Girl" lyrics by Tiffany Gouch":

I kissed a girl and I liked it! : )
The taste of her cherry chapstick


## "I kissed a girl" Songwriters: Dennis, Cathy;Gottwald, Lukasz;Martin, Max;Perry, Katy

This was never the way I planned, not my intention.
I got so brave, drink in hand, lost my discretion
It's not what I'm used to, just wanna try you on.
I'm curious for you, caught my attention.

[Chorus:]
**I kissed a girl and I liked it,**
**the taste of her cherry chapstick.**
I kissed a girl just to try it,
I hope my boyfriend don't mind it.
It felt so wrong,
it felt so right.
Don't mean I'm in love tonight.
I kissed a girl and I liked it (I liked it).

No, I don't even know your name, it doesn't matter.
You're my experimental game, just human nature.
It's not what good girls do, not how they should behave.
My head gets so confused, hard to obey.

[Chorus]

Us girls we are so magical,
Soft skin, red lips, so kissable.
Hard to resist, so touchable.
Too good to deny it.
Ain't no big deal, it's innocent.

[Chorus]

B 12

"The Real Thing"
lyrics by Tiffany Gouch":
I'm the real thing,in stereo
I got a little highs,I got a little lows
Follow this,melodic flow
I could make it shine,I could make it glow

I'm a pay-per-view on your TV screen,
your main attraction
Your phosphorus, I'm your energy

When your lost, and you need some focus come see me
I'll entice ya mind, I do it all the time
In the mornin', in the evenin',
when the doves cry
I can feed your gut, put you in a tub

A little bubbles and a body rub,
turn off the water (drip drip)
Don't think about dessert,I got enough
And a whole lot more to give!

FROM THE REAL THING ALBUM
"The Real Thing"
lyrics Songwriters:
Toby, Ryan; Boyd, Jason P D; Davis, Vidal; Harris, Andre; Scott, Jill H;

You gotta do right by

me, its mandatory baby
Sweeter than your favorite ice cream be, bask in my glory baby
Don't play no games,that'll ruin thangs
And make me leave ya on the street and you
don't want that
Don't hesitate,I could make you great
Like Cleopatra Jones I could set you straight

[Chorus:]
I'm the real thing,in stereo
I got a little highs,I got a little lows
Follow this,melodic flow
I could make it shine,I could make it glow
[Repeat x2]

I'm more than a toy for your satisfaction
I'm a pay-per-view on your TV screen,
your main attraction
Your phosphorus,I'm your energy

When your lost,and you need some focus come see me
I'll entice ya mind,I do it all the time
In the mornin',in the evenin',
when the doves cry
I can feed you gut,put you in a tub
When I turn it up,yeah brotha you know what's up
A little bubbles and a body rub,
turn off the water (drip

drip)
Don't think about dessert,I got enough
And a whole lot more to ggiivveee!

[Chorus x4]

Glow Glow Glow...
When I turn it up,yeah brotha you know what's up

[Repeat x3]

Glow Glow Glow...

(ooooooh)

[Chorus x2]

"How it make you feel "
lyrics by Tiffany Gouch:

**What If I Was Gone,
Forever.
No More Chocolate
Kisses
No Nappy Dugout.
Ever.**

**Say You Be Trippin
Say You be Pimpin Me
Talking Bout How You
The Man
But You Are Something
Different
Spreading Babies
Everywhere
Couldn't Think
Couldn't Care
But You Can Now...**

**What If, Poof, Every
Black Female In The
World Disappeared?**

## FROM THE REAL
## THING ALBUM

"How it make you feel
Lyrics" Songwriters: Scott,
Jill H;Williams, Stokley M

Tell Me How You'd Feel If I
Was Gone...

What If I Was Gone,
Forever.
No More Chocolate Kisses
No Nappy Dugout.
Ever.
No Mama, No Daughter,
No Sista, No No Sista
Friends
Tell Me My Brotha,
What Will Become Of You
Then?
What If, Poof, Every Black
Female In The World

Disappeared?
Your Man Child Left
Unattended
Lost With No One, Behind
The Steering Wheel

Tell Me... Mmm
Come On
How Would That Make
You Feel?

Tell Me How You'd Feel, If
I Was,
If I Was Gone.
Tell Me How You'd Feel

Your Beautiful Brown
Would Be Forever Gone
With No More Cocoa
Wombs
To Carry Your Brown On
You Right There
Would Be The Last Of
Your Kind..
Can You Feel This Song?
How Does That Affect
Your Mind?
Cuz If There Was No Me.
There'd Be No You.
Ooh Can You Feel Me?
Is This Song Coming
Through?
That's The Science In It
But It's So Much More
Intense
Reach Into Your Soul For
The Answer
Reach Wherever You
Need To
To Find It.

Tell Me How You'd Feel, If
I Was,
If I Was Gone.
Tell Me How You'd Feel

What If I Was Gone?
No Mama No Daughter.

Say You Be Trippin
Say You Pimpin Me
Talking Bout You The
Man
But You Are Something
Different

I Cried Up To When
Massa Ruled Your Life
Spreading Babies
Everywhere
Couldn't Think
Couldn't Care
But You Can Now...

Tell Me How You Feel...
No Mama No Daughter.
No Auntie No Grandma

Nobody That Looks Like
You
Come On.
Man Up.
Dammit...

Tell Me How'd You Feel?
If There's No Me, There's
No You.

Think About It. Think
About It.

B 14

**"Only You" Lyrics by Tiffany Gouch**

Only U

Only you can make me leave the key and

lock the door

and never come back I'm looking for more

Only U

FROM THE REAL THING ALBUM

*"Only You"* Songwriters: Goldstein, Tyrone; Scott, Jill H;Ain't go'n be no eyes

To make me turn away

Ain't go'n be no kiss

To make me contemplate

Walking out the door

And never coming back no more

(Ain't go'n,ain't go'n,ain't go'n,ain't go'n,g-g-go'n)

Ain't go'n be no cologne

To make me say goodbye

Ain't go'n be no words

To make me change my mind

Throw away all I know

For something physical

(Ain't go'n,ain't go'n,ain't go'n,ain't go'n,g-g-go'n)

*[Chorus:]*

Only U

Only U

Only you can make me leave the key and

lock the door

and never come back no muh muh muh, more

Only U

C-c-c come,come

Ain't go'n be no style

To make me change my smile

(Ain't go'n,ain't go'n,ain't go'n,ain't go'n,g-g-go'n)

Ain't go'n be no stroll

To make me lose control

(Ain't go'n,ain't go'n,ain't go'n,ain't go'n,g-g-go'n)

Of my sanity

Oh no,it won't be me.

**Only you can make me leave the key and**

lock the door

And never come back no muh muh

muh, more

Only you can make me leave the key and

lock the door

And never come back no muh muh

muh, more

*[Chorus]*

*[Repeats and echoes until end:]*

B   15

I just wanna be loved lyrics by Tiffany Gouch:

I just wanna be loved

Don't feel no pity for me
Cause I'm going through a couple things,
Life means change,
That's the way shit goes
I just wanna be loved

**FROM THE REAL THING ALBUM**
I just wanna be loved **Written by: "Wanna be Loved" Songwriters: Slayton, Paul Michael; Hutson, Lee; Scott, Jill H;**

**Lyrics © EMI Music Publishing**

**Mmmm,**
**Don't,don't,don't,don't,**
**Don't,(don't,don't) don't,don't,don't,**
**(don't don't)**
**It's bad,It's bad**
**Sometimes s**t is bad... (don't)**
**Look,**

Don't feel no pity for me
Cause I'm going through a couple things,
Life means change,
That's the way it goes,goes
All my life I had a constant burning
A strong deep,desire
An aching ambiguous,yearning,yearning,
yearning

**For something better**
**For something bigger**
**For something wider**
**For something higher**
**And lots of regrets**
**Cause I ain't seem to found it yet**

I've been searching around the world
Never knowing what to expect
I get sad sometimes
Yes I be mad sometimes
Cause I'm out here on the grind
Making mine
And I still can't seem to find
What I've been looking for
Opened so many doors

For real, yo
I just wanna be loved...

*[Chorus:]*
I just wanna be loved
**Like everybody else does**
I just wanna be loved
I just wanna be loved *[Repeat x4]*
I just wanna be loved

*[Chorus]*

B 16

Just breathe (outro) Lyrics by Tiffany Gouch:

**You busy comparin' me like I need comparison**
**How you gonna f\*\*\* with this? Can't live in the air I'm in**

**I came to the stage with the dun dun**
**Motivated by the light, sight, and the dynamite**

**Take a long walk, sip some lemonade**
**Take your clothes off, relax in the shade**
**Just breathe**
**Just breathe**
**Just breathe (repeat to fade)**

**FROM THE REAL THING ALBUM**
Breathe lyrics
Songwriters: Husayn, Shafiq; Keith, Ommas; Scott, Jill;

**Just breathe, just breathe, just breathe**
**Just breathe, just breathe, just breathe**
**Just breathe, just breathe, just breathe**
**Just breathe, just breathe, just breathe**
**Just breathe, just breathe**

I am not a regular microphone controller
I was in the womb with this, now I'm seconds older
Hey, hey, hey, hey

**You busy comparin' me like I need comparison**
**How you gonna f\*\*\* with this? Can't live in the air I'm in**
Hey, hey, hey, hey

People, can you feel me now? No feelin' gotcha you

I am just a messenger bringin' you somethin' very fertile
Hey, hey, hey

Yo, I am your president, yup and your future
The epitome of womanhood, just the one to suit cha
Hey, hey, hey, hey

I came to the stage with the doom doom
Motivated by the light, sight and the dynamite
**Prayed about it all the time, so it's comin' naturally**
**Got a couple master teachers say I reach, I reached the half of me**

So I be workin' on me happily 'coz there's a mission
And the planet is positioned hopin' and prayin' and wishin'
Wishin', wishin', wishin', wishin', wishin'

**Take a long walk, sip some lemonade**
**Take your clothes off, relax in the shade**
**Just breathe**

*B* 17

**"Celibacy Blues" by Tiffany Gouch:**
**(Write a hip hop blues song called**
**Celibacy Blues)**

FROM THE REAL THING ALBUM
**"Celibacy Blues"** Songwriters:
Blackstone, Adam W; Bowland, R;
Scott, Jill H;

This here celibacy thing
Lawd,just got something over me
Like an addict,I could really use a thing
You know what I'm talking about
Yeah,yeah,yeah,yeah,yeah,yeah

It's been hard to sleep at night
I'm ying ying ying ying it
Scratching it right
I get some new batteries almost every
night
Lawd,this here celibacy thing

The stresses of this world
You know how they come down on a girl
I'm trying to clear my mind
But all I seem to find
Is this gangsta,gangsta,type of need

People say mind over matter
But, I don't mind what they say
And it don't matter
This here celibacy thing
Is working on me...

"Epiphany Lyrics" by
Tiffany Gouch:

Watching as he took the
holder off his shoulder
Fire in his eyes, hands
getting bolder
Quiet,quiet
Growing excited
Dug him for his bank
account,but really for
his private
Damn about a mindset
Really wasn't into that
Needed me some
pleasing,jon looking real fat
Laidback was his foreplay
All that was needed,needed
was some of that
Started simple
Massaging on my temple
Pinching on my mountain
peaks
That a sisters into
I responded,"Mmmmm."
You like the sound,I like
makin'it more
I fell for the rock and shore
Enough,he brought it close
so I could really see
Up close he slid between
my breast
Sweaty with lust and sweat

Rode Mt.Saint Scott 'til
ooooo
Creamy lava landed on my
skin and neck
Blended with my all day
Chanel scent
This freaking was
incredulent,decadent
Flip side,stomach meets
sheets

He plows inside as if he's
making beats
As if this year's harvest
depended on it
Bendin'on it
Back on my back old
fashioned is renewed
Red toenail polish on
whitewalls
Documenting his freaking,
ahhhhh

FROM THE REAL
THING ALBUM
Epiphany Lyrics Songwriters:
Scott, Jill;Storch, Scott

Watching,
Watching as he took the
holder off his shoulder
Fire in his eyes, hands
getting bolder
Quiet,quiet
Growing excited
Dug him for his bank
account,but really for
his private
Damn about a mindset
Really wasn't into that
Needed me some
pleasing,jon looking real fat
Laidback was his foreplay
All that was needed,needed
was some of that
Started simple
Massaging on my temple
Pinching on my mountain
peaks
That a sisters into
I responded,"Mmmmm."
You like the sound,I like
makin'it more
I fell for the rock and shore
Enough,he brought it close
so I could really see
Up close he slid between
my breast
Sweaty with lust and sweat

Rode Mt.Saint Scott 'til
ooooo
Creamy lava landed on my
skin and neck
Blended with my all day
Chanel scent
This freaking was
incredulent,decadent
Flip side,stomach meets
sheets

He plows inside as if he's
making beats
As if this year's harvest
depended on it
Bendin'on it
Back on my back old
fashioned is renewed
Red toenail polish on
whitewalls
Documenting this
freaking,ahhhhh
I must...

Remember...
To thank him...
Later.
No,no,no,
No,no,no
I take charge of ship
Moving with my back and
my hips
Like my ancestors did
Speaking the Bantu, Ranga
and tonga??
But I've gotta stop all that to
make it longer,
But it's too late
I put him to sleep
Curled all up,spasm all in
his feet
Feeling all proud like I did
something deep
Aint really nothin'it's the
way that it be
North Philly sister
repin'hard like me
But why do I feel so empty?

$\mathcal{B}$ 19

"Whenever your around"
lyrics by Tiffany Gouch:

**I'm lonely whenever you're around**

"Whenever your around"
Song
writer/composer(s): Lee
Hutson, Jill H Scott

FROM THE REAL
THING ALBUM
**Whenever You're
Around lyrics**
**(feat. George Duke)**

*[Intro:]*
Hey
Mmmm hmmm,
Listen to me,listen to
me,listen to me,
listen to me
Listen to me,listen to
me,listen to me,listen...

I've been talking to this
man
He's been saying what I
like and
He makes me smile,
When I'm down,so down

He says sweet things in
my ear
All the things that I
needed to hear
But that's as far as it's
gone
I promise,I promise

But I enjoy it,I love it so
Cause it seems like I'm
always alone

You're at arms reach
But baby,
Where are you?
Where are you?

Cause I got this fire
Sweet and true
But I'm cold as ice
around you

*[Chorus:]*
Cause **I'm lonely
Whenever you're
around**
Cause **I'm lonely
Whenever you're
around**

*[Instrumental Break]*

Whoa,whoa,whoa
What happened to the
wonderful thing
we had
It seems like you're
missing in action
And I'm tired,I'm tired
I'm tired,I'm tired,I'm
tired,I'm tired

I don't wanna lose this
good life
But I ain't scared
If I'm going to be the
only one participating
in this

*[Chorus]*

ℬ 20

**"Come see me" lyrics by Tiffany Gouch:**

It's a midsummer night hour and I'm thinkin about cha babe, wanting you
I wish you could catch a jet plane, I know you would, if only you could
But finances ain't what we'd like, and sometimes we have to sacrifice
I know, it's hard over there where you are
Cuz it's raining over here on the inside of my womb...

... passion and desire baby...
... ignumerable fires honey....
... I got for you,you know that it's true...

Come see me...

I feel like I've been waiting insanity for you
to touch me
I can see it in my mind's eye, how right and true, this love we'll make

FROM THE REAL THING ALBUM

**"Come See Me"** Song writer/composer(s): Lee Hutson, Jill H Scott

It's a midsummer night hour and I'm thinkin about cha babe, wanting you
I wish you could catch a jet plane,I know you would, if only you could
The finances ain't what we'd like,and sometimes we have to sacrifice
Cuz I know,it's hard over there where you are
Cuz it's raining over here on the inside of my womb...

*[Chorus:]*

... passion and desire baby...
... innumerable fires honey?...
... I got for you,you know that it's true...
Come see me...

I feel like I've been waiting eternity for you
·to touch me
I can see it in my mind's eye,how right and true,this love we'll make
And ooooh, if you ever believed in anything, believe this is true
I am your woman baby and you are my man,too

*[Chorus]*

*[Breakdown]*
I ain't got no questions in my mind, no feelings of doubt
I believe I've just been waiting all this time to find out what loves about
And I'm so excited, and a little scared, thinkin' I'm gonna get overwhelmed every breath?

Ooh baby I wanna be overwhelmed,I wanna be overwhelmed,I wanna be...
I wanna feel...

*[Chorus]*

I wanna feel...

*[Chorus]*
...right nowwwwwww

I can hardly stay in my skin
It's hard to breath out and in
All this passion,a ll this desire...
C'mon,c'mon,come see me right now

𝓑  21

"Insomnia Lyrics"
By Tiffany Gouch
*It is 4 a.m.*
*I'm waiting in our bed alone,*
*Dreaming of your embrace*
*Wishing you would come back home*

*But you don't call,*
*And you don't come,*
*And you don't say,*
*That you miss me*
*And you don't stop*
*To say hi*
*On your way by*
*I'm feeling crazy*

*It is 5 a.m.*
*And I'm waiting by the phone again*
*This is not how it's 'sposed to be*
*You're 'sposed to be here with me*

*But you're go'n now*
*You're just go'n now*
*You don't even think about the way I feel*
*You're just go'n now*
*You're just go'n now*
*When I know you should be right here*

*It's 6 o'clock in the morning*
*And I'm so tired of yawning*
*I am miserable and feeling blue*
*Cause all I really want is you*

*It's 7 o'clock in the a.m.*

*FROM THE REAL THING ALBUM*
*"Insomnia"*
Songwriters: Scott, Jill H.; Shabazz, Omari;

*It is 4 a.m.*
*I'm waiting in our bed alone,*
*Dreaming of your embrace*
*Wishing you would come back home*

*But you don't call,*
*And you don't come,*
*And you don't say,*
*That you miss me*
*And you don't stop*
*To say hi*
*On your way by*
*I'm feeling crazy*

*It is 5 a.m.*
*And I'm waiting by the phone again*
*This is not how it's 'sposed to be*
*You're 'sposed to be here with me*

*But you're go'n now*
*You're just go'n now*
*You don't even think about the way I feel*
*You're just go'n now*
*You're just go'n now*
*When I know you should be right here*

*It's 6 o'clock in the morning*
*And I'm so tired of yawning*
*I am miserable and feeling blue*
*Cause all I really want is you*

*But you don't call,*

*And you don't come,*
*And you don't say,*
*That you miss me*

*And you don't stop*
*To say hi*
*On your way by*
*I'm feeling crazy*

*It's 7 o'clock in the a.m.*
*In 15 minutes this alarm will be ringing*
*At work,no one will feel my pain*
*It's a shame the way this whole thing changed*

*But you're go'n now*
*You're just go'n now*
*You don't think about the way I feel*
*You're just go'n now*
*You're just go'n now*
*When you know that you should be right here*

*But you don't call,*
*And you don't come,*
*And you don't say,*
*That you miss me*
*No,no,no,no*
*And you don't stop*
*To say hi*
*On your way by*
*This is crazy*

*Brrring...*
*Time to wake up,*
*And put on my strong face*
*And hope that no one will know*

B  22

"My Love" lyrics by Tiffany Gouch:

I was like, yo you got married?
*(Above lyrics were part of an email correspondence sent to Erica Lewis via ericakane89@yahoo.com)*

*(The lyrics below were written in my personal journal)*
You chose her cause she's sweet as pie
Take what you give, even your lies
But baby, are happy without me?
She scrubs your back, washes your clothes
Gives you everything that ask for
But don't you ever want more?
'cause my love

(Chorus)
My love is deeper
Tighter
Sweeter
Higher
Flyer
Didn't you know this,
Or didn't you notice?
(My love, my love)
My love is deeper
Tighter
Sweeter
Higher
Flyer
Didn't you know this,
Or didn't you notice?

FROM THE REAL THING ALBUM
"My Love"
Songwriters
Songwriters:
Blackstone, Adam W;
Mckie, Steven; Scott, Jill H;
Yo, I'm tripping right,
I heard you got married.
You got married?
No I mean, make any
It don't really make any sense
I mean, it's not like I, I didn't think you were seeing other people or whatever,
I mean I was seeing other people but
You know what this is,
You know what it was, you tsch
I can't say I really understand though
You chose her cause she's sweet as pie
Take what you give, even your lies
But baby, are happy without me?
She scrubs your back, washes your clothes
Gives you everything that ask for
But don't you ever want more?
'cause my love

[Chorus:]
My love is deeper
Tighter
Sweeter
Higher
Flyer
Didn't you know this,
Or didn't you notice?
(My love, my love)
My love is deeper
Tighter

Sweeter
Higher
Flyer
Didn't you know this,
Or didn't you notice?

Mmmm, what we had don't need no words
Deeper than anything you ever heard
I ain't reaching baby,
I know I should be your lady
You say you're happy
You say you're great
But you know and I know you really ain't
You need to come be with me
That's the way it's supposed to be

[Chorus]

Cause oh,
All I ever do is think about you baby
I hold you in my arms inside my dreams
And I know what I know and what I know is
That no matter where you go
You will always think of me

[Chorus]

*[Repeats with ad-libs until the end]*

B 23

**All I lyrics written by Tiffany Gouch; Adam Blackstone**

I been a goody Daddy
But I don't have to be
If you don't want me to
I'll be your nasty baby
No time for games
No rules just play
Hope you been thinking about the same thing

Every time I close my eyes
All I dream about is making love
I can't even sleep at night
All I dream about is making love
It's just all the things I see when you're inside of me
That keeps my mind going crazy
I can't even think at night
All I dream about is making love (to you)

FROM THE REAL THING ALBUM
Lyrics by Jill Scott;

[Whispering:]
You like?
Don't be scared, come closer
You never saw me like this before huh?

I been a goody Daddy
But I don't have to be
If you don't want me to
I'll be your nasty baby
No time for games
No rules just play
Hope you been thinking about the same thing
I'm just saying what's on my mind
It's been good but now it's time
To show love what we're

made of
No time for games
No rules just play
I hope you want me in the same way

[CHORUS:]
Every time I close my eyes
All I dream about is making love
I can't even sleep at night
All I dream about is making love
It's just all the things I see when you're inside of me
That keeps my mind going crazy
I can't even think at night
All I dream about is making love (to you)

I love the shower
How bout the kitchen sink?
Lead me where you wanna
Make my knees weak
No time for games
No rules just play
Hope you been thinking about the same thing
I'm just saying what's on my mind
It's been good but now it's time
To show love what we're made of
No time for games
No rules just play
Hope you want me in the same way

[CHORUS]

Do you want it on my back, cause it's like that?
Do you want it on the floor?
Lover please
Tease me, please me, spank me, feed me
You know what I need baby
[REPEAT]

I'm just saying what's on my mind
It's been nice but now it's time
To show love what we're

made of
No time for games
No rules just play
Hope you want me in the same way

Every time I close my eyes
All I dream about is making love
I can't even sleep at night
All I dream about is making love
It's just all the things I see when you're inside of me
That keeps my mind going crazy
I can't even think at night
All I dream about is making love

Like dat
Like dat
Tease me, please me, spank me, feed me
You know what I need baby
[REPEAT]

$B$ 24

ASSOCIATED PARTIES

OPRAH WINFREY
HARPO ENTERTAINMENT GROUP
c/o LEGAL DEPARTMENT
110 CARPENTER STREET
CHICAGO, IL 60607-2104

Michael Jackson Estate
c/o John Branca
Ziffren Brittenham LLP
1801 Century Park West
Los Angeles, CA 90067-6406

B 25

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**

CIVIL COVER SHEET

| | |
|---|---|
| **I (a) PLAINTIFFS** (Check box if you are representing yourself ☑)<br><br>Tiffany C. Gouch | **DEFENDANTS**<br><br>HARPO ENTERTAINMENT GROUP<br>OPRAH WINFREY et al. |
| **(b)** Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)<br><br>535 YANONALI<br>SANTA BARBARA, CA 93103<br>347.850.4112 | Attorneys (If Known) |

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff    ☑ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant    ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☑ 1 | ☑ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☑ 1 Original Proceeding    ☐ 2 Removed from State Court    ☐ 3 Remanded from Appellate Court    ☐ 4 Reinstated or Reopened    ☐ 5 Transferred from another district (specify):    ☐ 6 Multi-District Litigation    ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☐ Yes ☑ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☑ No    ☑ **MONEY DEMANDED IN COMPLAINT: $** UNDISCLOSED

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

U.S. COPYRIGHT STATUTE 17

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS<br>PERSONAL INJURY | TORTS<br>PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | ☐ 530 General | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 535 Death Penalty | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 540 Mandamus/Other | ☐ 740 Railway Labor Act |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | BANKRUPTCY | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | FORFEITURE / PENALTY | PROPERTY RIGHTS |
| ☐ 490 Cable/Sat TV | | ☐ 355 Motor Vehicle Product Liability | CIVIL RIGHTS | ☐ 610 Agriculture | ☑ 820 Copyrights |
| ☐ 810 Selective Service | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 160 Stockholders' Suits | ☐ 362 Personal Injury-Med Malpractice | ☐ 442 Employment | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 190 Other Contract | ☐ 365 Personal Injury-Product Liability | ☐ 443 Housing/Acco-mmodations | | SOCIAL SECURITY |
| ☐ 890 Other Statutory Actions | ☐ 195 Contract Product Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | ☐ 630 Liquor Laws | ☐ 861 HIA (1395ff) |
| ☐ 891 Agricultural Act | ☐ 196 Franchise | | ☐ 445 American with Disabilities - Employment | ☐ 640 R.R. & Truck | ☐ 862 Black Lung (923) |
| ☐ 892 Economic Stabilization Act | REAL PROPERTY | IMMIGRATION | | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 893 Environmental Matters | ☐ 210 Land Condemnation | ☐ 462 Naturalization Application | ☐ 446 American with Disabilities - Other | ☐ 660 Occupational Safety /Health | ☐ 864 SSID Title XVI |
| ☐ 894 Energy Allocation Act | ☐ 220 Foreclosure | ☐ 463 Habeas Corpus-Alien Detainee | ☐ 440 Other Civil Rights | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| ☐ 895 Freedom of Info. Act | ☐ 230 Rent Lease & Ejectment | ☐ 465 Other Immigration Actions | | | FEDERAL TAX SUITS |
| ☐ 900 Appeal of Fee Determi-nation Under Equal Access to Justice | ☐ 240 Torts to Land | | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 245 Tort Product Liability | | | | ☐ 871 IRS-Third Party 26 USC 7609 |
| | ☐ 290 All Other Real Property | | | | |

**FOR OFFICE USE ONLY:** Case Number: **CV11-03539**

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☑ No ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☑ No ☐ Yes
If yes, list case number(s): _____

Civil cases are deemed related if a previously filed case and the present case:
(Check all boxes that apply) ☐ A. Arise from the same or closely related transactions, happenings, or events; or
☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named plaintiff resides.
☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named defendant resides.
☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Santa Barbara | |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH claim arose.
**Note: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | |

\* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
Note: In land condemnation cases, use the location of the tract of land involved

**X. SIGNATURE OF ATTORNEY (OR PRO PER):** _Tiffany Gail_ Date 4/25/11

**Notice to Counsel/Parties:** The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |